■ BARBARA HINTERBERGER, Respondent, v CATHY L. LESLIE, Appellant. (Appeal No. 1.) [844 NYS2d 754]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered May 9, 2006 in a personal injury action. The order, insofar as

appealed from, granted plaintiff's motion for a mistrial and ordered a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see generally Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]). Present—Gorski, J.P., Smith, Centra, Fahey and Green, JJ.